Joseph Burpee #1644-881

March 23, 2023
4:36 pm

RECEIVED
MAR 27 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Dear Clerks of the U.S. States Courthouse,

My name is Joseph Burpee I am writing a response to March 20, 2023 letter my complaint was this that Hays County violated my right of writ of habeas corpus when they inserted "new" Bond conditions without my knowledge 6 days after release then re-arrested me on the same charges feb 23, 2020 when I was released on habeas corpus with no indictment found. When I objected to the County of Criminal Appeal they sent me a post card dismissing my motion Pro-se and stated Rule 79.2(d) of appellate rules that state they "may" look into it. Do I or don't I have the Right of Writ of habeas corpus if so May you please start my suit against Hays County for the violation of habeas corpus Im asking for 1 million dollars in damages

Court of Criminal appeals
No TR-CT-NO-CR-19-1173-
B-WHCI, WR-93-183-05

Hays County Cause
CR-19-1173-B

Thank you
[signature]

Joseph Burpee 644889
3000 IH 35 S
NEW BRAUNFELS, TX 78130
3/20/2023

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
24 MAR 2023 PM 3 L

COMAL COUNTY JAIL
INMATE MAIL

on wall 9:42pm
[legal mail] $.39 pm
mailed March 23, 223
#16

United States District Courts
501 west 5th street ste 1100
Austin, Texas 78701

78701-381275

LEGAL MAIL

Do not open my federal legal mail!